■ CITIBANK, N. A., Respondent, v VIDYADHAR A. BHIDE et al., Appellants, et al., Defendant. [687 NYS2d 300] —In an action to foreclose a mortgage, the defendants Vidyadhar A. Bhide and Shobha V. Bhide appeal from an order of the Supreme Court, Kings County (Held, J.), entered March 18, 1998, which denied their motion, *inter alia*, to vacate a stipulation of settlement between them and the plaintiff.

Ordered that the order is affirmed, with costs.

The appellants' challenge to the stipulation of settlement entered into in this action is unpersuasive. The credible evidence in the record refutes the appellants' claim that the attorney who agreed to the settlement on their behalf failed to explain the significance of the term "with prejudice", and they have failed to establish any valid basis for vacating the stipulation of settlement (*see, Yuzary v Yuzary,* 223 AD2d 540; *Arvelo v Multi Trucking,* 194 AD2d 758). S. Miller, J. P., Sullivan, Friedmann, Luciano and Feuerstein, JJ., concur.

■ CLEM COTE, Respondent, v TIMOTHY D. DEATS, Respondent, and JAMES A. LASKY, Appellant. [687 NYS2d 293] —In an action to recover damages for personal injuries, the defendant James A. Lasky appeals from an order of the Supreme Court, Suffolk County (Henry, J.), dated October 8, 1998, which denied his motion to transfer the venue of this action to Schoharie County pursuant to CPLR 510 (3).

Ordered that the order is affirmed, with one bill of costs.

We agree with the Supreme Court that the appellant has failed to meet his burden of establishing that the convenience of material witnesses and the ends of justice would be promoted by changing venue in this case from Suffolk County to Schoharie County (*see, O'Brien v Vassar Bros. Hosp.,* 207 AD2d 169). S. Miller, J. P., Sullivan, Friedmann, Luciano and Feuerstein, JJ., concur.